IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith Jr, Buford

Printed: 5/13/08

Case Number: 04 B 45364
Judge: Hollis, Pamela S
Filed: 12/9/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 14, 2007
Confirmed: August 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 52,170.00 | |
| Secured: | | 31,814.57 |
| Unsecured: | | 10,731.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,910.00 |
| Trustee Fee: | | 2,268.79 |
| Other Funds: | | 4,445.64 |
| Totals: | 52,170.00 | 52,170.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | First Preston Management Real Estate | Secured | 10,461.00 | 10,461.00 |
| 3. | First Preston Management Real Estate | Secured | 5,500.00 | 308.02 |
| 4. | Capital One Auto Finance | Secured | 21,045.55 | 21,045.55 |
| 5. | Capital One Auto Finance | Unsecured | 4,153.14 | 4,153.14 |
| 6. | Saint Xavier University | Unsecured | 4,825.42 | 4,825.42 |
| 7. | Cingular Wireless | Unsecured | 748.52 | 748.52 |
| 8. | RoundUp Funding LLC | Unsecured | 1,003.92 | 1,003.92 |
| 9. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 10. | Pierce & Associates | Unsecured | | No Claim Filed |
| 11. | Pierce & Associates | Unsecured | | No Claim Filed |
| 12. | CBCS | Unsecured | | No Claim Filed |
| 13. | ERS | Unsecured | | No Claim Filed |
| 14. | ATG Credit LLC | Unsecured | | No Claim Filed |
| 15. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 16. | MRS Associates, Inc | Unsecured | | No Claim Filed |
| 17. | Viking Collection | Unsecured | | No Claim Filed |
| | | | $ 50,647.55 | $ 45,455.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 116.67 |
| 3% | 248.50 |
| 5.5% | 710.59 |
| 5% | 255.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Smith Jr, Buford

Printed:  5/13/08

Case Number:  04 B 45364
Judge:  Hollis, Pamela S
Filed:  12/9/04

|  |  |
|---|---|
| 4.8% | 489.59 |
| 5.4% | 448.44 |
|  | _____ |
|  | $ 2,268.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_
_____